## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Before RADER, PLAGER, and PROST, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

## In re MEDICIS PHARMACEUTICAL CORPORATION.

No. 2009–1291.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Frederick H. Colen, Reed Smith LLP, of Pittsburgh, PA, argued for appellant. With him on the brief was Richard T. Ting.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Janet A. Gongola, Associate Solicitor.

---

## Robert R. FARRELL, Sr., Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2009–3128.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.